DOROTHY GOODKIN, Appellant, v. CARL GOODKIN, Respondent.— Order granting reargument and modifying order of April 30, 1931, reversed upon the facts, with ten dollars costs and disbursements, and motion for reargument denied, with ten dollars costs. The original order for alimony and counsel fees was abundantly supported by proof, and no new facts were shown upon the motion for reargument to warrant the modification made. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

RAE L. HOFFMAN and Others, Respondents, v. HAROLD RINGER, Appellant, and LOUIS V. MASSEY, Defendant.— Judgment unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of Supplementary Proceedings: COLONIAL RADIO SALES Co., INC., Judgment Creditor, Appellant, v. ALBERT C. BOSCH, Judgment Debtor, Respondent.— Order of the County Court of Nassau county vacating garnishee order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents.

In the Matter of the Application for a Compulsory Accounting in the Estate of EDWARD KARSCH, Deceased. RIKKA KARSCH, Appellant; OSWALD J. KARSCH and JOHN H. KARSCH, as Executors, etc., of EDWARD KARSCH, Deceased, Respondents.— Order of the Surrogate's Court of Queens county dismissing petition for judicial settlement of account unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of M. LEHMAN & SONS Co., INC., Appellant, to Compel LOUIS PINES and Others to Render and Settle the Account as Executors of the Estate of DAVID PINES, Deceased, Respondents.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs against appellant. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of Proving the Last Will and Testament of MARY G. McCULLOUGH, Deceased. PETER CANTLINE, Special Guardian for WILLIAM S. MONTGOMERY and MARGARET ANNE MONTGOMERY, Infants, etc., Appellant; JOHN M. POLLOCK and FRANK O. CORWIN, as Executors, etc., of MARY G. McCULLOUGH, Deceased; and HENRY HIRSCHBERG, as Special Guardian for ANNE R. CORWIN and JOHN R. GALLAGHER, Infants, etc., Respondents.— Decree of the Surrogate's Court of Orange county, so far as appealed from, and order denying motion to set aside the verdict and for a new trial reversed upon the law and the facts and a new trial ordered, costs, payable out of the estate, to appellant to abide the event, upon the ground that the verdict of the jury is against the weight of the evidence. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents.